

**Your Missouri Courts**   .net

Search for Cases by:   Select Search Method...   ▼

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print        GrantedPublicAccess  Logoff RDYOUNGER65

2122-CC00122 - MEGHAN HODGE V MEREDITH CORPORATION OF IOWA ET AL (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ● Descending ○ Ascending      Display Options:  All Entries ▼

---

**02/08/2021** ☐ Notice of Service
Summons to Scott Deiner Returned Executed.
**Filed By:** JILL A SILVERSTEIN

☐ Notice of Service
Summons to Meredith Corp Returned Executed.
**Filed By:** JILL A SILVERSTEIN

☐ **Summons Personally Served**
Document ID - 21-SMCC-518; Served To - DIENER, SCOTT; Server - ; Served Date - 05-FEB-21; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

☐ **Corporation Served**
Document ID - 21-SMCC-517; Served To - MEREDITH CORPORATION OF IOWA; Server - ; Served Date - 01-FEB-21; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

**02/01/2021** ☐ **Jury Trial Scheduled**
**Scheduled For:** 07/06/2021;  9:00 AM ;  MICHAEL FRANCIS STELZER;  City of St. Louis

**01/19/2021** ☐ Summons Issued-Circuit
Document ID: 21-SMCC-518, for DIENER, SCOTT.

☐ Summons Issued-Circuit
Document ID: 21-SMCC-517, for MEREDITH CORPORATION OF IOWA.

☐ **Request Filed**
Request for Appointment of Process Server.
**Filed By:** JILL A SILVERSTEIN
**On Behalf Of:** MEGHAN HODGE

**01/15/2021** ☐ **Filing Info Sheet eFiling**
**Filed By:** JILL A SILVERSTEIN

☐ **Note to Clerk eFiling**
**Filed By:** JILL A SILVERSTEIN

☐ Pet Filed in Circuit Ct
Petition for Damages; Exhibit 1; Exhibit 2.
**Filed By:** JILL A SILVERSTEIN
**On Behalf Of:** MEGHAN HODGE

☐ **Judge Assigned**

**EXHIBIT
A**

**2122-CC00122**

Electronically Filed - City of St. Louis - January 15, 2021 - 02:33 PM

IN THE CIRCUIT COURT FOR ST. LOUIS CITY
STATE OF MISSOURI

| | |
|---|---|
| Meghan Hodge, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Cause No. |
| | ) |
| Meredith Corporation of Iowa, | ) |
|    doing business as KMOV | ) |
| **Serve:** | ) |
| The Corporation Company | ) |
| 120 S. Central Ave. | ) |
| St. Louis, MO 63105, | ) |
| | ) |
| and | ) |
| | ) |
| Scott Diener | ) |
| **Serve:** | ) |
| KMOV-TV | ) |
| One S. Memorial Drive | ) |
| St. Louis, MO 63102 | ) |
| | ) |
|     Defendants. | ) |

## Petition for Damages

1. Plaintiff Meghan Hodge, also known as Meghan Danahey ("Hodge"), brings this action for discrimination and retaliation under the Missouri Human Rights Act, §213.010 et seq. (2000).

## The Parties

2. Hodge was employed by KMOV as a meteorologist from April 2014 to September 17, 2020.

3. Defendant Meredith Corporation of Iowa, doing business as KMOV, is an "employer" under the Missouri Human Rights Act, §213.010(7) R.S.Mo. because KMOV is an organization

Electronically Filed - City of St. Louis - January 15, 2021 - 02:33 PM

employing six or more employees doing business at One Memorial Drive, St. Louis City, Missouri and at kmov.com.

4. KMOV is also known as KMOV4 and KMOV-TV.

5. Defendant Meredith Corporation is a "person" under the Missouri Human Rights Act, §213.010(7) R.S.Mo. because Meredith is a corporation.

6. Scott Diener was the News Director for KMOV at all times described below. Diener acted in the interest of and as agent of KMOV.

7. Diener is a citizen of the state of Missouri.

<u>**Common Allegations**</u>

8. Hodge is female.

9. Hodge was born in 1974.

10. KMOV hired Hodge into the No. 2 meteorologist position in April 2014; her broadcast times were Monday through Friday at noon and 5:00p.m.

11. Throughout Hodge's employment with KMOV, Steve Templeton, held the No. 1 meteorologist position; his broadcast times were Monday through Friday at 6:00p.m. and 10:00p.m.

12. Templeton is male.

13. In February 2018, Diener planned to remove Hodge from her assignment as the No. 2 meteorologist position and reassign those broadcast timeslots to Templeton and Kent Ehrhardt.

14. Ehrhardt is male.

**Hodge reports discrimination to SAG-AFTRA; Diener threatens Hodge**

Electronically Filed - City of St. Louis - January 15, 2021 - 02:33 PM

15. Diener's proposed reassignment would have diminished the roles of the female meteorologists while expanding the roles and on-air time of the male meteorologists.

16. Hodge complained to her SAG-AFTRA union representative that Diener planned to demote Hodge because of her gender and because of her age.

17. Within days of her complaint, SAG-AFTRA conducted a meeting with KMOV, Diener, Hodge, and the KMOV weather team to address the discrimination reported by Hodge.

18. After Hodge made the complaint to the union, Diener did not implement his planned reassignments.

19. Diener then threatened to remove Hodge from the No. 2 on-air assignments and give her the fewer weekend assignments when her contract came up for renewal in 2020.

**Diener creates hostile work environment for Hodge, but KMOV does nothing**

20. After Hodge complained about Diener, Diener repeatedly interrupted or distracted Hodge during her live broadcasts throughout 2018 and 2019.

21. In late 2018, Diener created unwritten severe weather broadcast policies that excluded Hodge from participating in the broadcast of major weather events.

22. Beginning in late 2018 and throughout 2019, Hodge reported Diener's conduct to KMOV's human resource representative and the SAF-AFTRA union representative, including that Diener was creating a hostile work environment for Hodge.

23. KMOV failed to take any action in in response to Hodge's complaints.

24. In January 2020 Diener demoted Hodge by changing her schedule from 10 weekday broadcasts as the No. 2 meteorologist to 4 weekend broadcasts. These weekend broadcasts were considered the least important at KMOV.

Electronically Filed - City of St. Louis - January 15, 2021 - 02:33 PM

25. Also, in January 2020 Diener assigned Hodge to perform weather and general reporting duties outside the station on 3 of her 5 working days at KMOV.

26. Diener assigned Hodge to these general reporting duties even though he knew that Hodge did not have education or experience in general news journalism or reporting.

27. Hodge had education and experience as a meteorologist broadcasting and reporting on weather events and related sciences, the position into which KMOV hired Hodge.

**Hodge again seeks help from SAG-AFTRA, KMOV retaliation escalates**

28. Hodge reported to SAG-AFTRA that KMOV demoted Hodge because of gender, age, and previous complaints about discrimination.

29. On January 23, 2020 SAG-AFTRA filed a grievance on behalf of Hodge against KMOV and Meredith Corporation for discrimination.

30. Diener and KMOV management received notice of Hodge's grievance the next day.

31. The same day as Diener and KMOV received notice of Hodge's discrimination grievance, Diener removed Hodge from weather reporting duties and assigned Hodge to report on a bus crash.

32. On April 28, 2020, the SAG-AFTRA notified Hodge that her grievance would be arbitrated on December 3, 2020.

33. KMOV management and Diener received notice of Hodge's arbitration the same day.

34. Two days later, on April 30, 2020 Diener assigned Hodge to general news reporting duties one day per week and restricted her from reporting on the weather as part of her permanent assignment.

4

Electronically Filed - City of St. Louis - January 15, 2021 - 02:33 PM

35. On May 4, 2020 KMOV furloughed all news staff in the form of workday reduction, reducing the workweek from five days to four days per week.

36. Diener directed Hodge to continue with general news reporting duties exclusively for one day of each four-day work week, further reducing the number of days Hodge could work as a meteorologist from 4 days per week to 3 days per week.

### Diener intensifies his hostile conduct toward Hodge

37. On the first day of the furlough period, there was a severe weather event that typically required all meteorologists for support and broadcast. Diener, however, directed Hodge to report on a private high school's "senior skip day" rather than participate in covering the severe weather event.

38. Even though KMOV's weather department was understaffed during the furlough period, Diener did not reassign Hodge to her full-time meteorological duties and broadcasts.

39. Hodge was the only full-time meteorologist assigned to a general news reporting shift.

40. Hodge was the only meteorologist who continued to complain about sex and age discrimination and pursue those complaints through arbitration.

41. Of the 41 meteorologists in the nine Meredith stations in the top 50 U.S. television markets Hodge was the only Certified Broadcast Meteorologist who defendant assigned to general reporting duties.

42. On June 22, 2020, Hodge filed a charge of discrimination with the Equal Employment Opportunity Commission and Missouri Commission on Human Rights based on sex, age, and retaliation naming KMOV and Meredith as respondents.

43. On July 1, 2020, KMOV hired JD Sosnoff as its new general manager.

Electronically Filed - City of St. Louis - January 15, 2021 - 02:33 PM

44. On August 4, 2020, Hodge emailed Sosnoff about her reports of discrimination and the hostile work environment created by Diener's harassing and retaliatory conduct.

45. Sosnoff replied on August 6, stating he was aware of Hodge's charge of discrimination and her upcoming arbitration scheduled for December 2020.

46. Sosnoff failed to take any action to remedy the continued hostile work environment.

47. On September 5, 2020, KMOV lifted the furlough and Hodge returned to her 5-day work week of weekend weather broadcasts and general reporting assignments.

48. KMOV did nothing in response to Hodge's complaints about Diener and the hostile work environment.

**KMOV fires Hodge**

49. On September 17, 2020, KMOV fired Hodge.

50. KMOV fired Hodge in retaliation for Hodge's opposition to and complaints about sex and age discrimination.

51. Diener and KMOV management created a hostile work environment for Hodge in retaliation for Hodge's opposition to and complaints about sex and age discrimination.

52. Hodge's job performance was outstanding.

53. Hodge's demotion dramatically reduced her earning capacity in meteorologist jobs she could obtain after KMOV and Diener fired her.

54. As a result of Diener's actions Hodge suffered extreme emotional distress and physical harm.

55. On October 22, 2020 Hodge filed an Amended Charge of Discrimination with the EEOC and MCHR, a copy is attached as Exhibit 1.

Electronically Filed - City of St. Louis - January 15, 2021 - 02:33 PM

56. On January 15, 2021 the MCHR issued a Notice of Right to Sue to Hodge, a copy is attached as Exhibit 2.

57. Hodge filed her lawsuit against KMOV within 90 days of the right to sue letter.

## COUNT I – Discrimination

58. Hodge incorporates paragraphs 1 through 57 as though fully set forth herein.

59. Meredith Corporation of Iowa, doing business as KMOV, violated the Missouri Human Rights Act, R.S.Mo. §213.055 by discriminating against Hodge because of her age and gender.

60. Defendant's actions were willful, wanton, and malicious.

61. As a direct and proximate result of defendant's conduct, Hodge has been damaged in that she has lost wages and other benefits of employment, suffered emotional distress, physical harm, humiliation, embarrassment and loss of enjoyment of life.

WHEREFORE, Plaintiff Meghan Hodge prays for judgment in her favor against Defendant Meredith Corporation of Iowa for compensatory and punitive damages in an amount that will fairly and adequately compensate her, the exact amount to be proven at trial, but in excess of $25,000.00, reasonable attorney fees and costs, and such other relief as this Court deems just and proper.

## COUNT II – Retaliation

62. Hodge incorporates paragraphs 1 through 57 as though fully set forth herein.

63. Meredith Corporation of Iowa, doing business as KMOV, violated the Missouri Human Rights Act, R.S.Mo. §213.070 by retaliating against Hodge because of her complaints about discrimination.

64. Defendant's actions were willful, wanton, and malicious.

Electronically Filed - City of St. Louis - January 15, 2021 - 02:33 PM

65. As a direct and proximate result of the conduct of defendant, Hodge has been damaged in

   that she has lost wages and other benefits of employment, suffered emotional distress,

   physical harm, humiliation, embarrassment, and loss of enjoyment of life.

WHEREFORE, Plaintiff Meghan Hodge prays for judgment in her favor against Defendant

Meredith Corporation of Iowa for compensatory and punitive damages in an amount that will fairly

and adequately compensate Plaintiff, the exact amount to be proven at trial, but for certain in excess

of $25,000.00, reasonable attorney fees and costs, and such other relief as this Court deems just

and proper.

### Count III – Intentional Infliction of Emotional Distress

66. Hodge incorporates paragraphs 1 through 57 as though fully set forth herein.

67. Diener's conduct toward Hodge was intentional or reckless.

68. Diener's conduct toward Hodge was extreme and outrageous.

69. As a direct and proximate result of the conduct of Diener, Hodge has been damaged in that

   she has suffered severe emotional distress, physical harm, and loss of enjoyment of life.

WHEREFORE, Plaintiff Meghan Hodge prays for judgment in her favor against Defendant

Scott Diener for compensatory and punitive damages in an amount that will fairly and adequately

compensate Plaintiff, the exact amount to be proven at trial, but for certain in excess of $25,000.00,

costs, and such other relief as this Court deems just and proper.

Respectfully submitted,

/s/ Jill A. Silverstein
SilversteinWolf, LLC
Jill A. Silverstein #34433
js@silversteinwolf.com
530 Maryville Centre Dr., Ste 460
St. Louis, MO 63141

Electronically Filed - City of St. Louis - January 15, 2021 - 02:33 PM

Phone: (314) 744-4010
Facsimile: (314) 744-4026

*Attorneys for Plaintiff*

Electronically Filed - City of St. Louis - January 15, 2021 - 02:33 PM

**2122-CC00122**

## AMENDED CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| X  FEPA | E-06/20-52229 |
| ☐  EEOC | 28E-2020-00875C |

**MISSOURI COMMISION ON HUMAN RIGHTS** — *State or local Agency, if any* — and EEOC

*FILED*
*OCT 2 2 2020*
*MO Commission on Human Rights*
*Jefferson City Office*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Meghan Hodge | (314) 309-8138 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1420 Mississippi Ave. | St. Louis, MO 63104 | 03/04/1974 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Meredith Corp. and KMOV-TV | 500+ | (314) 621-4444 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| One Memorial Drive | St. Louis, MO 63102 | St. Louis City |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

| ☐ RACE | ☐ COLOR | X SEX | ☐ RELIGION | X AGE |
|---|---|---|---|---|
| X RETALIATION | ☐ NATIONAL ORIGIN | ☐ DISABILITY | ☐ OTHER | |

DATE DISCRIMINATION TOOK PLACE
*EARLIEST (ADEA/EPA)      LATEST (ALL)*
Sept. 17, 2020

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was employed by KMOV-TV as a meteorologist from April 2014 to September 17, 2020 when I was terminated by KMOV. I am a female and I was 46 years old at the time of my termination. When KMOV hired me, I was hired into the No. 2 meteorologist position and my broadcast times were Monday through Friday at 12noon and 5pm. The No. 1 position was held by Steve Templeton, a male, and his broadcast times were Monday through Friday at 6pm and 10pm.

In February 2018, KMOV's News Director Scott Diener planned to remove me from my No. 2 broadcast assignments and replace me with Templeton and the other male meteorologist Kent Ehrhardt. I complained my SAG-AFTRA union representative that Diener was demoting me because of my gender, female, and age. At that time meteorologist Kristen Cornett and I were the only women over 40 on the air at KMOV. Diener's action would diminish the roles of the female meteorologists and expand the roles and on-air time of the male meteorologists. As a result of my complaint, Diener did not alter the assignments. But Diener threatened to make these changes when my contract came up for renewal in 2020. After that, Diener retaliated against me by interrupting or distracting me during my broadcasts. Later in 2018, Diener created unwritten severe weather broadcast policies that excluded me from participating in the broadcast of major weather events. I complained to KMOV's HR representatives and SAG-AFTRA in 2018 and 2019 about Diener's conduct and claimed Diener created a hostile work environment. Then, in January 2020 Diener demoted me by changing my schedule from 10 weekday broadcasts as the No. 2 meteorologist to 4 of the least important shows during the weekend broadcasts. In addition to the weekend time slots, Diener assigned me to reporting duties Wednesday, Thursday and Fridays even though I did not have a journalism degree or experience.

I complained to SAG-AFTRA and stated KMOV demoted me because of age, gender and previous complaints about discrimination. On January 23, 2020, SAG-AFTRA filed a grievance on my behalf against Meredith Corp and KMOV-TV for discrimination. Diener and KMOV received notice of my grievance the next day. On that same day, Diener removed me from my weather reporting duties and assigned me to report on a bus crash.

On April 28, 2020 my grievance was elevated to arbitration, and Diener and KMOV received notice of the arbitration that same day. On April 30, 2020 Diener again retaliated against me by assigning me to general news

**EXHIBIT 1**
tabbies

Electronically Filed - City of St. Louis - January 15, 2021 - 02:33 PM

reporting duties 1 day per week.

On May 4, 2020 KMOV furloughed all news staff, and we moved to a 4-day work week instead of 5-day. Diener still assigned me to 1 day of general reporting duties during the 4-day work week. So I could only work as a meteorologist on 3 of those 4 days. I was the only one out of 4 full-time meteorologists assigned to a general news reporter shift, and I was the only meteorologist who continued to grieve her discrimination complaints and pursue arbitration. And I was the only Certified Broadcast Meteorologist of the 41 meteorologists in the nine Meredith Corp stations in the top 50 U.S. television markets who was assigned to general reporting duties.

KMOV continued to assign me to general news reporting even when there were serious weather events that coincided with my general reporting duties.

On June 22, 2020 I filed a charge of discrimination with the EEOC and MCHR based on age, sex and retaliation against KMOV/Meredith.

On July 1, 2020, a new general manager JD Sosnoff was assigned to KMOV. I sent an email to Sosnoff notifying him of my complaints about Diener, the hostile work environment created by Diener's harassment and the retaliatory conduct directed to me. The GM replied that he was aware of my charge and upcoming arbitration in December. Sosnoff did nothing in response to my complaints about the hostile work environment created by Diener.

On September 5, 2020, KMOV lifted the furlough. I returned to work on the same weekend schedule/general reporting assignments. On September 17th, Sosnoff and HR rep Darion Watson fired me and they told me that KMOV eliminated my position.

I believe KMOV-TV harassed me and treated me differently in the terms and conditions of my employment because of my sex and age, and in retaliation for complaining about sex and age discrimination. The discrimination and retaliatory conduct of KMOV-TV created a hostile work environment for me.

I believe I was terminated because of my age, sex and in retaliation for my complaints of discrimination.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| 10/21/20          *Meghan M Hodge* | *Meghan M Hodge* |
| Date          Charging Party *(Signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| | 21, October, 2020   *Katherine Teeter* |

KATHERINE TEETER
Notary Public, Notary Seal
State of Missouri
Montgomery County
Commission # 17341750
My Commission Expires February 26, 2021

EEOC FORM 5 (10/94)

FILED

OCT 2 2 2020

MO Commission on Human Rights
Jefferson City Office

Electronically Filed - City of St. Louis - January 19, 2021 - 12:55 PM

**In the**

# CIRCUIT COURT

**City of St. Louis, Missouri**

Meghan Hodge
_____
Plaintiff/Petitioner

vs.

Meredith Corp. of Iowa, and Scott Diener
_____
Defendant/Respondent

For File Stamp Only

January 19, 2021
_____
Date

2122-CC00122
_____
Case number

1
_____
Division

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now _____ Plaintiff Meghan Hodge _____, pursuant

Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

Robyn Hendricks          P.O.Box 31321, St. Louis MO 63131      314-966-2850
Name of Process Server   Address                                Telephone
John Hefele              P.O.Box 31321, St. Louis MO 63131      314-966-2850
Name of Process Server   Address                                Telephone

_____
Name of Process Server   Address                                Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:                                    SERVE:
Meredith Corp. of Iowa d/b/a KMOV          Scott Diener
Name                                       Name
The Corporation Co., 120 S. Central Ave.   KMOV-TV, One Memorial Dr.
Address                                    Address
St. Louis, MO 63105                        St. Louis, MO 63102
City/State/Zip                             City/State/Zip

SERVE:                                    SERVE:

_____        _____
Name                                       Name

_____        _____
Address                                    Address

_____        _____
City/State/Zip                             City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk
                                           Jill A Silverstein
                                           Attorney/Plaintiff/Petitioner
                                           34433
By_____                  Bar No.
  Deputy Clerk                             530 Maryville Cntr Dr. Ste 460, St. Louis 63141
                                           Address
_____                    314-744-4010
Date                                       Phone No.

Electronically Filed - City of St. Louis - January 19, 2021 - 12:55 PM

In the
# CIRCUIT COURT
## City of St. Louis, Missouri

Meghan Hodge
_____
Plaintiff/Petitioner

vs.

Meredith Corp. of Iowa, and Scott Diener
_____
Defendant/Respondent

January 19, 2021
_____
Date

2122-CC00122
_____
Case number

1
_____
Division

⌐ For File Stamp Only ⌐



L                                    ⌐

## <u>REQUEST FOR APPOINTMENT OF PROCESS SERVER</u>

Comes now _____ Plaintiff Meghan Hodge _____, pursuant
                                     Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

| | | |
|---|---|---|
| Robyn Hendricks | P.O.Box 31321, St. Louis MO 63131 | 314-966-2850 |
| Name of Process Server | Address | Telephone |
| John Hefele | P.O.Box 31321, St. Louis MO 63131 | 314-966-2850 |
| Name of Process Server | Address | Telephone |
| | | |
| Name of Process Server | Address | Telephone |

to serve the summons and petition in this cause on the below named parties.

SERVE:

Meredith Corp. of Iowa d/b/a KMOV
_____
Name
The Corporation Co., 120 S. Central Ave.
_____
Address
St. Louis, MO 63105
_____
City/State/Zip

SERVE:

Scott Diener
_____
Name
KMOV-TV, One Memorial Dr.
_____
Address
St. Louis, MO 63102
_____
City/State/Zip

SERVE:

_____
Name

_____
Address

_____
City/State/Zip

SERVE:

_____
Name

_____
Address

_____
City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER**, Circuit Clerk

Jill A Silverstein
_____
Attorney/Plaintiff/Petitioner
34433
_____
Bar No.
530 Maryville Cntr Dr. Ste 460, St. Louis 63141
_____
Address
314-744-4010
_____
Phone No.

By M MCMULLEN
_____
   Deputy Clerk

JANUARY 19, 2021
_____
Date



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC00122 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MEGHAN HODGE | Plaintiff's/Petitioner's Attorney/Address<br>JILL A SILVERSTEIN<br>530 MARYVILLE CENTER DRIVE<br>SUITE 460<br>ST LOUIS, MO  63141 | R HENDRICKS<br>SPECIAL PROCESS<br>SERVER<br>J HEFELE<br>SPECIAL PROCESS<br>SERVER |
| vs. | | |
| Defendant/Respondent:<br>MEREDITH CORPORATION OF IOWA | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

### Summons in Civil Case

**The State of Missouri to:   MEREDITH CORPORATION OF IOWA**
                                          **Alias:**

THE CORPORATION COMPANY
120 S. CENTRAL AVE.
ST LOUIS, MO 63105

> **SPECIAL PROCESS SERVER**

*COURT SEAL OF*

**CIRCUIT COURT OF MISSOURI**
**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**January 19, 2021**                                          *Thomas Kloeppinger*
_____                          _____
Date                                                                    Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                          _____
Printed Name of Sheriff or Server                          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____              _____
                                              Date                          Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $   10.00 | |
| Mileage | $_____ | (_____ miles @ $_____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC00122 | R HENDRICKS<br>SPECIAL PROCESS<br>SERVER |
|---|---|---|
| Plaintiff/Petitioner:<br>MEGHAN HODGE | Plaintiff's/Petitioner's Attorney/Address<br>JILL A SILVERSTEIN<br>530 MARYVILLE CENTER DRIVE<br>SUITE 460<br>ST LOUIS, MO  63141 | J HEFELE<br>SPECIAL PROCESS<br>SERVER |
| vs. | | |
| Defendant/Respondent:<br>MEREDITH CORPORATION OF IOWA | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  SCOTT DIENER
                         Alias:

KMOV-TV
ONE S. MEMORIAL DR.
SAINT LOUIS, MO  63102

**SPECIAL PROCESS SERVER**

*COURT SEAL OF*
CITY OF ST LOUIS

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**January 19, 2021**            _Thomas Klozzsinger_
    Date                                    Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                 _____
    Printed Name of Sheriff or Server                        Signature of Sheriff or Server
           **Must be sworn before a notary public if not served by an authorized officer:**
           Subscribed and sworn to before me on _____ (date).
*(Seal)*
           My commission expires: _____      _____
                                   Date                               Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - City of St. Louis - February 08, 2021 - 11:48 AM

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00122 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MEGHAN HODGE | Plaintiff's/Petitioner's Attorney/Address<br>JILL A SILVERSTEIN<br>530 MARYVILLE CENTER DRIVE<br>SUITE 460<br>ST LOUIS, MO  63141 | R HENDRICKS<br>SPECIAL PROCESS<br>SERVER |
| | | J HEFELE<br>SPECIAL PROCESS<br>SERVER |
| | vs. | |
| Defendant/Respondent:<br>MEREDITH CORPORATION OF IOWA | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

### Summons in Civil Case

**The State of Missouri to:** SCOTT DIENER
**Alias:**

KMOV-TV
ONE S. MEMORIAL DR.
SAINT LOUIS, MO 63102

| | SPECIAL PROCESS SERVER |
|---|---|

*COURT SEAL OF*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**January 19, 2021**
_____
Date

*Thomas Kloeppinger*
_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
In _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____      _____
Date                                         Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - City of St. Louis - February 08, 2021 - 11:48 AM

**St. Louis Investigations & Process Service**
**P.O. Box 31321**
**St. Louis, Mo. 63131**
**314-966-2850**
Fax: 314-822-1834

AFFIDAVIT OF SPECIAL PROCESS SERVER

I, John J. Hefele, being duly sworn, upon my oath, state that I have served a true copy of the attached:

Case #: _2122 - CC00122_

_____ Subpoena
✓ Summons with Petition
✓ 1st Interrogatories, 1st Request for Production,
disc. of discovery

By delivering on the _5_ February, 2021  To:

_Scott Deiner_

at _One S. Memorial Dr. St. Louis, Mo. 63102_ at _1:58_ AM (PM)

Check amount: _0_

All done in _St. Louis_   (City) County (Missouri) Illinois

_[signature]_
John J. Hefele

*Subscribed and sworn before me this _5_ February, 2021*

_[signature]_

**Robyn A. Corley**
**Notary**

ROBYN ANN CORLEY
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 14957717
My Commission Expires Nov 24, 2022

Electronically Filed - City of St. Louis - February 08, 2021 - 11:48 AM



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00122 | R HENDRICKS<br>SPECIAL PROCESS<br>SERVER<br>J HEFELE<br>SPECIAL PROCESS<br>SERVER |
|---|---|---|
| Plaintiff/Petitioner:<br>MEGHAN HODGE<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JILL A SILVERSTEIN<br>530 MARYVILLE CENTER DRIVE<br>SUITE 460<br>ST LOUIS, MO  63141 | |
| Defendant/Respondent:<br>MEREDITH CORPORATION OF IOWA | Court Address:<br>CIVIL COURTS BUILDING | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | 10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:   MEREDITH CORPORATION OF IOWA**
            **Alias:**

THE CORPORATION COMPANY
120 S. CENTRAL AVE.
ST LOUIS, MO  63105

*COURT SEAL OF*

*CITY OF ST LOUIS*

| SPECIAL PROCESS SERVER |
|---|

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**January 19, 2021**                           *Thomas Kloeppinger*
_____          _____
Date                                                      Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                           Date                                                      Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - City of St. Louis - February 08, 2021 - 11:48 AM

**St. Louis Investigations & Process Service**
**P.O. Box 31321**
**St. Louis, Mo. 63131**
**314-966-2850**
Fax: 314-822-1834

AFFIDAVIT OF SPECIAL PROCESS SERVER

I, John J. Hefele, being duly sworn, upon my oath, state that I have served a true copy
of the attached:

Case #: _2122 - CC00122_

_____ Subpoena
_____ ✓ Summons with Petition
_____ ✓ _1st Interrogatories; 1st Request for Production; Disc_
_of Discovery_ _____

By delivering on the _1_ February, 2021 _to: Meredith Corporation of Iowa_
_c/o CT Corporation, Registered Agent & Bonnie Love_
at _120 S. Central Ave, St. Louis, Mo. 63105_ at _12:05_ AM/PM

Check amount: _____

All done in _St. Louis_ _____ City/County, Missouri/Illinois

_John J. Hefele_
John J. Hefele

*Subscribed and sworn before me this* _1_ *February, 2021*

_Robyn Ann C___
**Robyn A. Corley**
**Notary**

ROBYN ANN CORLEY
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 14957717
My Commission Expires Nov 24, 2022



**2122-CC00122**

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
# MISSOURI COMMISSION ON HUMAN RIGHTS

MICHAEL L. PARSON
GOVERNOR

ANNA S. HUI
DEPARTMENT DIRECTOR

MARTHA STAGGS
COMMISSION CHAIR

ALISA WARREN, PH.D.
EXECUTIVE DIRECTOR

Meghan Hodge
1420 Mississippi Avenue
Saint Louis, MO 63104
*Via Email*

RE:   Meghan Hodge vs. MEREDITH CORPORATION D/B/A KMOV-TV
      E-06/20-52229  28E-2020-00875C

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of the date of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred, but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your compliant in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST.**

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it.  This notice of right to sue has no effect on the suit-filing period of any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of the complaint and MCHR has not completed its administrative processing.

Respectfully,

Alisa Warren, Ph.D.
Executive Director

January 15, 2021
Date

C:    additional contacts listed on next page

☒

☐

☐

☐

JEFFERSON CITY OFFICE
421 E. DUNKLIN STREET
P.O. BOX 1129
JEFFERSON CITY, MO 65102-1129
PHONE: 573-751-3325
FAX: 573-751-2905

ST. LOUIS OFFICE
111 N. 7TH STREET, SUITE 903
ST. LOUIS, MO 63101-2100
PHONE: 314-340-7590
FAX: 314-340-7238

KANSAS CITY OFFICE
P.O. BOX 1129
JEFFERSON CITY, 65102-1129
FAX: 816-889-3582

SIKESTON OFFICE
106 ARTHUR STREET, SUITE D
SIKESTON, MO 63801-5454
FAX: 573-472-5321

*Missouri Commission on Human Rights is an equal opportunity employer/program. Auxiliary aides and services are available upon request to individuals with disabilities.*
TDD/TTY:    1-800-735-2866 (TDD)    Relay Missouri: 711
www.labor.mo.gov/mohumanrights    E-Mail: mchr@labor.mo.gov



EXHIBIT
2

Electronically Filed - City of St. Louis - January 15, 2021 - 02:33 PM

RE:    Meghan Hodge vs. MEREDITH CORPORATION D/B/A KMOV-TV
E-06/20-52229  28E-2020-00875C

MEREDITH CORPORATION D/B/A KMOV-TV
One Memorial Drive
Saint Louis, MO 63102
*Via Respondent Contact Email*

David J. Masud and Brian P. Swanson
MASUD LABOR LAW GROUP
4449 Fashion Square Boulevard, Suite 1
Saginaw, MI 48603
*Via Email*

Jill A. Silverstein
SILVERSTEIN WOLF, LLC
530 Maryville Centre Drive, Suite 460
Saint Louis, MO 63141
*Via Email*